NIVER, Respondent, v. HINDS, NOBLE & ELDREDGE, Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Harmon B. Niver against Hinds, Noble & Eldredge. R. Hinds, of New

York City, for appellant. F. R. Stoddard, Jr., of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to answer on payment of costs. Order filed. See, also, 138 N. Y. Supp. 1131.